UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHENGQIN WANG,

                Plaintiff,

      v.

ALEJANDRO MAYORKAS, *in his official capacity as Secretary of the U.S. Department of Homeland Security,* et al.,

                Defendant.

No. 22-CV-6069 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 15, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan no later than September 30, 2022, in advance of the October 6, 2022 initial status conference. To date, no joint letter or case management plan has been filed to the docket. The parties are hereby ordered to file the joint letter and proposed case management plan no later than October 5, 2022.

SO ORDERED.

Dated:    October 3, 2022
             New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge